| | |
|---|---|
| 1 | GEOFFREY A. HANSEN<br>Acting Federal Public Defender |
| 2 | JOYCE LEAVITT<br>Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650<br>Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant DARREN BROWN |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00599 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SUPERVISED |
| | ) | RELEASE HEARING AND |
| | ) | DISPOSITION DATE |
| DARREN LEROY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release hearing and disposition date in this case, currently scheduled for Friday, August 17, 2012, at 10:00 a.m., may be continued to Tuesday, September 4, 2012 at 10:00 a.m. for supervised release hearing and disposition. The matter was initially scheduled for Thursday, August 23, 2012, but was advanced by the court to August 17, 2012. Unfortunately, government counsel is unavailable on that date. All parties, including the United States Probation Officer, are available should the Court continue the matter to September 4, 2012, at 10:00 a.m.

There is no need to exclude time because this case involves a supervised release matter.

*U.S. States v. Brown*, CR 07-00599 SBA;
RE: Stip to Continue SR Hearing & Dispo        - 1 -

DATED: 8/15/12  _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 8/15/12  _____/s/_____
JAMES C. MANN
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release hearing and revocation date in this case, currently scheduled for Friday, August 17, 2012, at 10:00 a.m., is hereby continued to Tuesday, September 4, 2012 at 10:00 a.m. for revocation hearing and disposition.

SO ORDERED.

DATED:   8/16/12  _____*Saundra B Armstrong*_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge